# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 25-CV-02593-NRN

BRIAN DAVIS

    Plaintiff,

v.

HIGHLAND RESCUE TEAM AMBULANCE DISTRICT

    Defendant.

___

## ORDER REGARDING JOINT MOTION TO STAY DISCOVERY AND FURTHER PROCEEDINGS
___

**THIS MATTER** comes before this Court on Plaintiff Brian Davis and Defendant Highland Rescue Team Ambulance District's Joint Motion to Stay Discovery and Further Proceedings.

The Court has reviewed the Motion, good cause has been shown for granting of such relief; and it is HERBY ORDERED that discovery and further proceedings are stayed until a ruling has been made on Defendant's Motion to Dismiss.

_____
JUDGE