IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-02593-RMR-NRN

BRIAN DAVIS,

    Plaintiff,

v.

HIGHLAND RESCUE TEAM AMBULANCE DISTRICT,

    Defendant.

## MINUTE ORDER

Entered by Magistrate Judge N. Reid Neureiter

    It is hereby **ORDERED** that the Joint Motion to Stay Discovery and Further Proceedings (ECF No. 7) is **GRANTED**. The Court finds that a stay of discovery is appropriate under the factors outlined in *String Cheese Incident, LLC v. Stylus Shows, Inc.*, No. 02-cv-01934-LTB-PA, 2006 WL 894955, at *2 (D. Colo. March 30, 2006) (unpublished). Most importantly, the Court finds that the parties will not be prejudiced or burdened by a stay. Further, while the Court typically discourages stays, the Court acknowledges the efficiency and fairness of staying the proceedings pending a decision on Defendant's Motion to Dismiss, which argues that Plaintiff failed to allege in his complaint sufficient facts to prove that he could be considered an employee as a matter of law. In addition, the Court finds that there are no interested non-parties and the public's only interest in this case is its interest in the just and efficient resolution of all cases pending before the Court.

    Accordingly, it is further **ORDERED** that this case is **STAYED** until after Judge Regina M. Rodriguez issues a final ruling on Defendants' Motion to Dismiss (ECF No. 6) or until further Order of Court.

    It is further **ORDERED** that the Scheduling Conference set for December 2, 2025 at 9:30 a.m. is **CONVERTED** to an **in-person** Motion Hearing on the Motion to Dismiss.

Date: November 5, 2025