## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 25-CV-02593-RMR-NRN

BRIAN DAVIS

    Plaintiff,

v.

HIGHLAND RESCUE TEAM AMBULANCE DISTRICT

    Defendant.

---

### JOINT NOTICE OF SETTLEMENT AND REQUEST TO VACATE MOTIONS HEARING [EFC 13]

---

Plaintiff, Brian Davis and Defendant, Highland Rescue Team Ambulance District, ("the Parties"), by and through their undersigned counsel, respectfully move the Court to vacate tomorrow's Motions Hearing for reasons set forth below:

1. The Parties respectfully notify the Court they have reached a tentative settlement and are in the process of finalizing the written settlement agreement.

2. The Parties respectfully request the Court vacate the Motions Hearing scheduled for December 2, 2025, at 9:30 a.m., to allow the parties time to complete the settlement agreement and submit the appropriate dismissal documents pursuant to F.R.C.P. 41(a).

3. The Parties expect to file the dismissal paperwork within 30 days.

**WHEREFOR**, the Parties respectfully request the Court vacate tomorrow's Motions Hearing.

1

Respectfully submitted this 1st day of December 2025.

LYONS GADDIS, PC

*s/ Catherine A. Tallerico*
Catherine A. Tallerico
Lyons Gaddis, PC
PO Box 978
515 Kimbark St.
Longmont, CO 80502
Telephone: 303-776-9900
ctallerico@lyonsgaddis.com


/s/ Joe Ward
Joe Ward
Ross Law, P.C.
8030 S. Holly St. Unit G
Centennial, CO 80122
(303) 231-1020
Joe@rosslawcolorado.com


## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of December 2025 I electronically filed the foregoing **JOINT NOTICE OF SETTLEMENT AND REQUEST TO VACATE MOTIONS HEARING** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:


*/s/ Carolyn Smoot*
Carolyn Smoot

2